# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AMENDED ORDER

March 24, 2016

*By the Court:*

| | |
|---|---|
| No. 15-3740 | CAROL CHESEMORE, et. al., Plaintiffs<br><br>v.<br><br>DAVID B. FENKELL, Defendant - Appellant<br><br>and<br><br>ALLIANCE HOLDINGS, INC., et. al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:09-cv-00413-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The following are before the court:

1. **MOTION TO FILE BRIEF AND APPENDIX UNDER SEAL**, filed on March 21, 2016, by counsel for Appellees.

2. **MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**, filed on March 22, 2016, by counsel for Appellees.

No. 15-3740     Page 2

3. **OPPOSITION TO MOTION FOR LEAVE TO FILE OVERSIZED BRIEF OF ALLIANCE HOLDINGS, INC. AND ALLIANCE HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN**, filed on March 23, 2016, by counsel for Appellant.

**IT IS ORDERED** that the motion to file sealed and unsealed versions of appellees' brief is **GRANTED**. If the documents currently under seal are unsealed by this court, appellees' brief may also be unsealed. Appellees shall file by March 31, 2016, an unredacted version of its brief and appendix that will be maintained under seal by this court and a redacted version that will be placed in the public record by this court. The appellant's reply brief, if any, is due by April 14, 2016.

**IT IS FURTHER ORDERED** that the motion to file a brief that exceeds the word limit is **DENIED**. Appellees' brief must comply with the word limits in Federal Rule of Appellate Procedure 32(a)(7). Appellees must also comply with Circuit Rule 30 and, apart from the redactions, must file identical appendices with the sealed brief and redacted brief.